# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DAVID LIBRACE,

    Plaintiff,

v.                                    CASE NO. 3:19cv393-MCR-EMT

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 4, 2019. ECF No. 13. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's § 1983 claims are **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief can be granted.

3. Plaintiff's state law claims for libel and slander are **DISMISSED WITHOUT PREJUDICE.**

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of November 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**